IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
McAllen DIVISION

| | |
|---|---|
| Abram Ortega<br>　　　Plaintiff<br><br>VS.<br><br>Manroop Singh and Ahu Trans, Inc.<br>　　　Defendants | §<br>§<br>§<br>§<br>§　CIVIL ACTION NO. 24-259<br>§<br>§<br>§<br>§ |

DEFENDANTS MANROOP SINGH AND AHU TRANS, INC.'S NOTICE OF REMOVAL

Defendants file this notice of removal under 28 U.S.C. § 1446(a).

A. Introduction

1. Abram Ortega is plaintiff. Manroop Singh and Ahu Trans, Inc. are defendants.

2. On June 5, 2024, plaintiff sued defendants for negligence, in 398th District Court of Hidalgo County, Texas.

3. Defendant Ahu Trans, Inc. was served with notice of suit on or about June 15, 2024. Defendant Manroop Singh was served with notice of suit on or about June 21, 2024. Defendants Manroop Singh and Ahu Trans, Inc. filed this notice of removal within the 30-day time period required by 28 U.S.C. § 1446(b).

B. Basis for Removal

4. Removal is proper because there is complete diversity between the parties. 28 U.S.C. § 1332(a); *Laughlin v. Kmart Corp.,* 50 F.3d 871, 873 (10th Cir. 1995). Plaintiff is a citizen of Hidalgo County, Texas. The defendants are not citizens of Texas. Defendant Manroop Singh is a citizen of California. Defendant Ahu Trans, Inc. is a corporation

1

incorporated in California with its principal place of business in California. The amount in controversy exceeds $75,000, exclusive of interest, costs, and attorney fees. In Plaintiff's Original Petition filed in state court, Plaintiff claims that he is seeking over $250,000 in damages.

5. All pleadings, process, orders, and all other filings in the state court action are attached to this notice as required by 28 U.S.C. § 1446(a).

6. Venue is proper in this district under 28 U.S.C. § 1441(a) because this district and division embrace the place in which the removed action has been pending.

7. Defendant will file promptly a copy of this notice of removal with the clerk of the state court in which the action has been pending.

C. Conclusion

WHEREFORE, premises considered, Defendants pray that this case be removed from the 398th District Court of Hidalgo County, Texas to this court because there exists complete diversity between the parties.

Respectfully submitted,

/s/ Matthew Richter
**MATTHEW RICHTER**
Federal I. D. No. 3633954

State Bar No. 24097131
TIJERINA & DENZER
1410 W. Dove Avenue
McAllen, Texas 78504
Phone: (956) 758-0300
Email: matt@tdlawtx.com
**ATTORNEY IN CHARGE
FOR DEFENDANTS
MANROOP SINGH AND
AHU TRANS, INC.**

## CERTIFICATE OF SERVICE

  I hereby certify that a true and correct copy of the foregoing document was delivered to all counsel of record on this 1st day of July, 2024, to-wit:

Veronica Sepulveda Martinez
GARZA MARTINEZ, PLLC
202 E. Sprague St.
Edinburg, Texas 78539
(Via Court's Efiling System)

          /S/ Matthew Richter
          MATTHEW RICHTER