United States District Court
Southern District of Texas
**ENTERED**
May 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| Abram Ortega | § § | |
| v. | § § | Case Number:   7:24-cv-00259 |
| Manroop Singh and Ahu Trans, Inc. | § § | |

### JOINT ORDER OF DISMISSAL

WHEREAS, Plaintiff ABRAM ORTEGA, has compromised and settled all claims against Defendants MANROOP SINGH AND AHU TRANS, INC.

IT IS THEREFORE ORDERED, ADJUDGED, and DECREED that all claims asserted in the above styled lawsuit by Plaintiff are ordered dismissed with prejudice to the refiling of the same.

IT IS FURTHER ORDERED, ADJUDGED and DECREED that all costs incurred herein are assessed against the parties incurring same.

SIGNED this the 2ND day of May, 2025.

_____
RICARDO H. HINOJOSA
JUDGE PRESIDING

APPROVED:

_____
I. Cecilia Garza
Federal I. D. No. 578825
State Bar No. 24041627
Email: cecilia@garzamartinezlaw.com
202 E. Sprague St.
Edinburg, Texas 78539
Phone: (956) 335-4900
ATTORNEY IN CHARGE FOR PLAINTIFF

Of Counsel for Plaintiff:
Veronica Sepulveda Martinez
Federal I. D. No. 3048499
State Bar No. 24081144
Email: veronica@garzamartinezlaw.com
202 E. Sprague St.
Edinburg, Texas 78539
Phone: (956) 335-4900

_/s/ Matthew Richter_

MATTHEW RICHTER
Federal I. D. No. 3633954
State Bar No. 24097131
1410 W. Dove Avenue
McAllen, Texas 78504
Phone: (956) 758-0300
Email: matt@tdlawtx.com
ATTORNEY IN CHARGE
FOR DEFENDANTS
MANROOP SINGH AND
AHU TRANS, INC.

Of Counsel for Defendants:
TIJERINA, DENZER & SABO, PLLC
1410 W. Dove Avenue
McAllen, Texas 78504
Phone: (956) 758-0300